| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>SPARKS, SAM | 2. Court or Organization<br><br>DISTRICT COURTS--Texas Western | 3. Date of Report<br><br>05/15/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>501 W. Fifth Street, Suite 4120<br>Austin, Texas 78701-3822 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Condominium (20%) ▮▮▮▮ Texas | | None | L | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | CASH ACCOUNTS: | | | | | | | | | |
| 4. | American Bank of Commerce | A | Interest | N | T | | | | | |
| 5. | Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. | ML Bank Deposit Program (formerly BIF Tax-exempt Fund ) | C | Dividend | N | T | | | | | |
| 7. | Frost Bank | A | Interest | N | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | STOCKS: | | | | | | | | | |
| 10. | California Resource | A | Dividend | J | T | Spinoff (from line 11) | 12/04/14 | J | | |
| 11. | Occidental Petroleum | A | Dividend | J | T | | | | | |
| 12. | Excelon Corporation | C | Dividend | L | T | | | | | |
| 13. | Royal Dutch Shell PLC | E | Dividend | N | T | | | | | |
| 14. | Seadrill Limited SHS | D | Dividend | K | T | | | | | |
| 15. | | | | | | | | | | |
| 16. | BONDS: | | | | | | | | | |
| 17. | Abilene TX CTFS | A | Interest | L | T | Buy | 06/11/14 | L | | Market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Austin TX Community College | B | Interest | | | Redeemed | 08/01/14 | K | A | Market |
| 19. Austin TX LTD GO | A | Interest | L | T | | | | | |
| 20. Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 21. Baytown Tx GO | B | Interest | | | Redeemed | 02/03/14 | K | A | Market |
| 22. Beaumont TX ISD | A | Interest | L | T | Buy | 04/09/14 | L | | Market |
| 23. Brazosport TX ISD | A | Interest | | | Redeemed | 02/18/14 | K | A | Market |
| 24. Collin Co. TX GO | B | Interest | | | Redeemed | 02/18/14 | K | A | Market |
| 25. Crowley TX ISD GO | A | Interest | | | Redeemed | 03/24/14 | K | A | Market |
| 26. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 27. Dallas Cnty Tx Comnty College | A | Interest | K | T | | | | | |
| 28. Dallas TX GO BDS 2007 | A | Interest | K | T | | | | | |
| 29. Dallas TX ISD | A | Interest | K | T | | | | | |
| 30. Ft. Worth TX ISD | A | Interest | K | T | | | | | |
| 31. Frisco TX ISD GO | A | Interest | K | T | | | | | |
| 32. Galveston TX Wtrwks | A | Interest | | | Redeemed | 05/01/14 | K | A | Market |
| 33. Goose Creek TX Cons Indpt | A | Interest | K | T | | | | | |
| 34. Goose Creek TX Cons Indpt 2005 | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Granbury TX ISD | A | Interest | L | T | Buy | 02/13/14 | L | | Market |
| 36. Harris Cnty TX G/O RFDG | A | Interest | K | T | | | | | |
| 37. Hawkins TX ISD GO | A | Interest | K | T | | | | | |
| 38. Houston TX RFDG Pub Impt | A | Interest | L | T | | | | | |
| 39. Humble TX ISD | A | Interest | K | T | | | | | |
| 40. Irving TX Wtr Wk Swr | A | Interest | | | Redeemed | 08/15/14 | K | A | Market |
| 41. Jacksonville TX ISD | A | Interest | L | T | Buy | 03/10/14 | L | | Market |
| 42. La Joya TX ISD | A | Interest | J | T | | | | | |
| 43. La Joya TX ISD | A | Interest | L | T | Buy | 07/14/14 | L | | Market |
| 44. Lampasas TX ISD | A | Interest | L | T | | | | | |
| 45. Lancaster TX ISD GO | A | Interest | K | T | | | | | |
| 46. La Vernia TX ISD | A | Interest | K | T | | | | | |
| 47. Lower Colo. Riv. Auth. Tex. Rev. | A | Interest | L | T | | | | | |
| 48. Lubbock TX CTFS | A | Interest | L | T | Buy | 05/14/14 | L | | Market |
| 49. Lufkin TX Wtrwks | A | Interest | | | Redeemed | 07/15/14 | K | A | Market |
| 50. McKinney TX ISD | A | Interest | | | Redeemed | 12/19/14 | K | A | Market |
| 51. New Braunfels TX ISD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New Braunfels TX Util Rev | A | Interest | K | T | | | | | |
| 53. New Caney TX ISD GO | A | Interest | K | T | | | | | |
| 54. North East ISD Tex | A | Interest | | | Redeemed | 08/01/14 | K | A | Market |
| 55. Northwest TX ISD GO | A | Interest | K | T | | | | | |
| 56. Northwest TX ISD | A | Interest | J | T | | | | | |
| 57. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 58. Pearland ISD GO | A | Interest | K | T | | | | | |
| 59. Plano TX GO | A | Interest | | | Redeemed | 09/02/14 | K | A | Market |
| 60. Plano TX GO BDS | A | Interest | L | T | | | | | |
| 61. Richardson TX ISD | A | Interest | J | T | | | | | |
| 62. Richardson TX GO | A | Interest | K | T | | | | | |
| 63. Roma TX ISD G/O | A | Interest | | | Redeemed | 08/15/14 | K | A | Market |
| 64. Seguin TX GO | B | Interest | | | Redeemed | 09/02/14 | K | A | Market |
| 65. SOCORRO Tex ISD G/O | A | Interest | K | T | | | | | |
| 66. Splendora TX ISD | A | Interest | K | T | | | | | |
| 67. UT Austin Rev. | B | Interest | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH IRA (name change from Dain, Rauscher IRS) | | | | | | | | | |
| 70. American Balance | E | Dividend | P1 | T | Sold (part) | 03/14/14 | P1 | G | Sold 1/2; Market |
| 71. Bristol Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 72. Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 73. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 74. Genitope Corp. | | None | J | T | | | | | |
| 75. Goldman Sachs PFD | D | Dividend | L | T | Buy | 04/04/14 | L | | Market |
| 76. Halliburton | A | Dividend | L | T | | | | | |
| 77. HSBC PFD | B | Dividend | K | T | Buy | 03/26/14 | K | | Market |
| 78. HSBC PFD | C | Dividend | L | T | Buy | 03/27/14 | L | | Market |
| 79. IShares 7-10 ETF | A | Dividend | L | T | Buy | 03/17/14 | L | | Market |
| 80. IShares 20t ETF | B | Dividend | L | T | Buy | 03/17/14 | L | | Market |
| 81. IShares 7-10 ETF | A | Dividend | L | T | Buy | 03/26/14 | L | | Market |
| 82. IShares 20t ETF | B | Dividend | L | T | Buy | 03/26/14 | L | | Market |
| 83. IShares 7-10 ETF | A | Dividend | L | T | Buy | 04/04/14 | L | | Market |
| 84. IShares 20t ETF | B | Dividend | L | T | Buy | 04/04/14 | L | | Market |
| 85. IShares 7-10 ETF | A | Dividend | L | T | Buy | 04/10/14 | L | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares 20t ETF | B | Dividend | L | T | Buy | 04/10/14 | L | | Market |
| 87. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 88. Meg Energy | | None | L | T | Buy | 08/25/14 | K | | Market |
| 89. Morgan Stanley PFD | C | Dividend | L | T | Buy | 04/15/14 | L | | Market |
| 90. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 91. Royal Dutch Shell PLC | D | Dividend | M | T | | | | | |
| 92. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 93. Statoil ASA | C | Dividend | | | Sold | 08/25/14 | M | E | Market |
| 94. Steris Corp. | A | Dividend | L | T | | | | | |
| 95. Wells Fargo Co. PFD | D | Dividend | M | T | Buy | 03/17/14 | M | | Market |
| 96. Bank of America, NA (formerly FIA Card SVS NA) | A | Interest | M | T | | | | | |
| 97. | | | | | | | | | |
| 98. MISCELLANEOUS: | | | | | | | | | |
| 99. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 100. | | | | | | | | | |
| 101. SPOUSE - SEPARATE PROPERTY | | | | | | | | | |
| 102. EDWARD JONES -- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Capital Income Builder Fund | B | Dividend | M | T | | | | | |
| 104. Growth Fund of Am. | A | Dividend | M | T | | | | | |
| 105. Pacific Life Fund | B | Dividend | M | T | | | | | |
| 106. Tax Exempt Bond Fd of Am | E | Interest | K | T | | | | | |
| 107. | | | | | | | | | |
| 108. BENIFICIARY-CB&T Trustee IRA of Spouse's Dec'd Parent | C | Distribution | M | T | | | | | |
| 109. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 110. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 111. Capital World Growth | A | Dividend | L | T | | | | | |
| 112. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | M | T | | | | | |
| 113. | | | | | | | | | |
| 114. IRA-EDWARD JONES CUSTODIAN | | | | | | | | | |
| 115. John Hancock Lifestyle Growth | A | Dividend | K | T | | | | | |
| 116. STOCKS: | | | | | | | | | |
| 117. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 118. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 119. Chevron Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 122.  Property - Brewster Co, TX | | None | J | W | | | | | |
| 123.  Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 124.  Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SPARKS, SAM | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SAM SPARKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544